[No. 2217–3.  Division Three.  July 6, 1978.]

DENNIS R. KING, *Appellant*, v. J. A. JONES
CONSTRUCTION COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Benton County, No. 30300, Bruce P. Hanson, J., entered
December 30, 1976. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, C.J., and Roe, J.

[No. 2720–2.  Division Two.  July 7, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
PEEBLES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. C–2775, James P. Healy, J., entered January 6,
1977. *Affirmed* by unpublished opinion per Pearson, C.J.,
concurred in by Reed and Dore, JJ.

[Nos. 2499–3; 2500–3.  Division Three.  July 7, 1978.]

THE STATE OF WASHINGTON, *Respondent*, v. RENELTO
WEIKEL, *Appellant*.

Appeals from a judgment of the Superior Court for
Yakima County, No. 20336, Carl L. Loy, J., entered June
29, 1977. *Affirmed* by unpublished opinion per Green, J.,
concurred in by Munson, C.J., and McInturff, J.